# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. WILLARD,<br><br>    Petitioner,<br><br>  v.<br><br>CALIFORNIA DEPART. OF CORRECTIONS, Warden,<br><br>    Respondent. | Case No. 2:16-cv-03805-CJC (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: July 26, 2018

_____
HONORABLE CORMAC J. CARNEY
United States District Judge